DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN L. BADER,**
Appellant,

v.

**MARINA BAY APARTMENTS,** and **JUAN CARLOS MARTINEZ,**
Appellees.

No. 4D21-1170

[August 4, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald R. Corlew, Judge; L.T. Case No. 502020SC002632XXXXSB.

Steven L. Bader, Delray Beach, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

CIKLIN, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***